

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Manuel Salvador CHAVEZ-Parra,  )<br>  )<br>  )<br>Defendant.  )<br>_____ ) | Magistrate Case No. '21 MJ1526<br><br>COMPLAINT FOR VIOLATION OF<br>Title 8 U.S.C. Section<br>1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant being duly sworn states:

On or about April 21, 2021, within the Southern District of California, Defendant, Manuel Salvador CHAVEZ-Parra, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, R.L.G.C., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on April 22, 2021.

_____
HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that R.L.G.C., is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On April 21, 2021, at approximately 5:27 A.M., Manuel Salvador CHAVEZ-Parra (Defendant) made application for admission to the United States from Mexico through vehicle primary lanes, at the San Ysidro Port of Entry as the driver and sole visible occupant of a red Ford Excursion. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his United States Passport card as his entry document and said he was going to San Diego, California. Upon conducting primary queries, the CBP Officer received a computer-generated alert. The CBP Officer referred the Defendant and vehicle into a secondary area for further processing.

At approximately 5:35 A.M., a CBP Officer assigned to the vehicle secondary inspection area observed a female later identified as R.L.G.C., who appeared confused, and was walking by a red Ford Excursion. The CBP Officer asked R.L.G.C., to stand near the table so that Officers can inspect her vehicle. The CBP Officer conducted secondary queries on the Ford Excursion and noticed only Defendant was referred with the vehicle. The CBP Officer asked R.L.G.C., what vehicle she came out of and she pointed to the red Ford Excursion. The CBP Officer asked R.L.G.C., for her documents and she stated Defendant had them. The CBP Officer approached Defendant and asked Defendant for the documents belonging to R.L.G.C. The CBP Officer realized R.L.G.C., did not have entry documents. Defendant and R.L.G.C., were escorted to the security office. R.L.G.C., was determined to be a citizen of Mexico without lawful documents to enter the United States and was held as a Material Witness.

On April 21, 2021, at approximately 7:33 A.M., Defendant was advised of his Miranda Rights and elected to make a statement. Defendant admitted knowledge of the individual concealed in his vehicle. Defendant stated he was going to be paid $3,000 USD to smuggle the individual into the United States. Defendant stated he was going to take her to San Diego, California.

A videotaped interview was conducted with Material Witness. Material Witness stated she is a citizen of Mexico without lawful documents to enter or reside in the United States. Material Witness stated her parents made the smuggling arrangements and were going to pay an unknown smuggling fee. Material Witness stated she was going to Santa Maria, California. Material Witness stated Defendant told her to get out of the vehicle to let CBP Officers inspect it. Material Witness stated Defendant told her once he gets back in the vehicle, she can get back in the vehicle.